UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case No. 1:06:CR:298

       HON. GORDON J. QUIST

ESTEBAN LOPEZ,

       Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 4, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Esteban Lopez's plea of guilty to Count 1 of the Felony Information is accepted. Defendant Esteban Lopez is adjudicated guilty.

3. Defendant Esteban Lopez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 6, 2007

                                                                    /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE